

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2018

No. 04-18-00065-CV

**IN THE INTEREST OF A.G-V., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02802
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The reporter's record was due February 15, 2018, but was not filed. On the due date, court reporter Angeliz F. Rivera filed a notification of late record asking for an extension of time. In her notice, Ms. Rivera stated "10-day accelerated appellate deadlines on CPS termination trials is not sufficient time for preparation of lengthier jury trial records." She notes the reporter's record is from a jury trial and she anticipates the length to be approximately 800 pages.

We begin by reminding the reporter that, by statute, this appeal is accelerated, and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a-1) (West Supp. 2017). Strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court. With regard to the appellate record, pursuant to Rule 35.3(c) of the appellate rules, this court may not grant an extension of more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Moreover, and most importantly, **extensions granted by this court "must not exceed 30 days cumulatively, absent extraordinary circumstances."** *Id.* R. 28.4(b)(3). Rule 28.4(b)(3) makes no distinction between bench and jury trials. *See id.*

We therefore **ORDER** court reporter Angeliz F. Rivera to file the reporter's record in this court on or before **February 26, 2018**. With regard to termination appeals, in addition to the responsibility imposed on the trial court under Rule 35.3(c) — trial court is jointly responsible for ensuring the appellate record is timely filed — **the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record.** *Id.* 28.4(b)(1). **The trial court must arrange for a substitute reporter if necessary to ensure the reporter's record is timely filed.** Id.

We further **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court